UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-81496

ROBERTO GONZALEZ,

    Plaintiff,

vs.

KHAN BROTHERS INC. d/b/a
FAMOUS DELI OF BOCA,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant, KHAN BROTHERS INC. d/b/a FAMOUS DELI OF BOCA, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with each party to bear their own attorneys' fees and costs.

AGREED and STIPULATED on this 2nd day of February 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/Stephanie Griffin* |
| Jessica L. Kerr, Esquire | Stephanie Griffin, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 85019 |
| */s/ Jaci R. Mattocks* | */s/ Kenneth L. Minerley* |
| Jaci R. Mattocks, Esquire | Kenneth L. Minerley, Esquire |
| Florida Bar No. 115765 | Florida Bar No. 521840 |
| **THE ADVOCACY GROUP** | **MINERLEY FEIN, P.A.** |
| 333 Las Olas Way, CU3, Suite 311 | 1200 N. Federal Highway, Suite 420 |
| Fort Lauderdale, FL 33301 | Boca Raton, Florida 33432 |
| Telephone: (954) 282-1858 | Telephone: (561) 362-6699 |
| Facsimile: (844) 786-3694 | Email: Stephanie@minerleyfein.com |
| Email: service@advocacypa.com | Email: Ken@minerleyfein.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 2nd day of February 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                        Respectfully submitted,

                        By: */s/ Jessica L. Kerr*_____
                        Jessica L. Kerr, Esquire
                        Florida Bar No. 92810