UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81496-CV-MIDDLEBROOKS

ROBERTO GONZALEZ,

    Plaintiff,

v.

KHAN BROTHERS INC. d/b/a
FAMOUS DELI OF BOCA,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Joint Stipulation for Dismissal with Prejudice, filed February 2, 2017. (DE 28). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 6 day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record